Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000792
16-JUN-2014
08:20 AM

NO. CAAP-14-0000792

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
XIAOSHUANG LIU, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DCW-14-0000663)

ORDER GRANTING THE JUNE 9, 2014
MOTION TO WITHDRAW NOTICE OF APPEAL
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon consideration of the motion to withdraw notice of appeal (Motion) filed on June 9, 2014 by Defendant-Appellant Xiaoshuang Liu (Appellant), the papers in support, and the records and files herein, it appears that Appeal CAAP-14-0000792 has not been docketed, and that Appellant seeks to dismiss the appeal pursuant to Rule 42 of the Hawai'i Rules of Appellate Procedure, representing that Plaintiff-Appellee State of Hawai'i does not oppose the Motion. Therefore,

IT IS HEREBY ORDERED that the Motion is granted as follows. The appeal is dismissed, and, except for appellate attorney's fees and costs appropriate under HRS § 802-5, if any, the parties shall bear their own appellate fees and costs.

DATED: Honolulu, Hawai'i, June 16, 2014.

Presiding Judge

Associate Judge

Associate Judge